NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WANDA HARRISON,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7045

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-4104, Chief Judge Bruce E. Kasold.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

JAMES SWEET, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director. Of counsel on the brief were DAVID J. BARRANS, Deputy

Assistant General Counsel, and AMANDA BLACKMON, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 6, 2013 | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |